No. 87–19.   WATTS *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.   Certiorari denied.

No. 87–70.   WILLIAMS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–147.   MADRID-PALACIOS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–215.   CINTOLO *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 87–217.   COOK ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–226.   BEAUFORD *v.* SISTERS OF MERCY, PROVINCE OF DETROIT, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–270.   DUTTON, WARDEN *v.* JOHNSON.   C. A. 6th Cir. Certiorari denied.

No. 87–272.   ENDICOTT ENTERPRISES, INC. *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, LOCAL 2247, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–309.   RITTER *v.* MOUNT ST. MARY'S COLLEGE.   C. A. 4th Cir.   Certiorari denied.

No. 87–319.   ABRAHAMS ET AL. *v.* SHULMAN, DERIVATIVELY ON BEHALF OF CENTRAL JERSEY INDUSTRIES, INC., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 87–320.   PATTERSON *v.* AIKEN ET AL.; and PATTERSON *v.* FLINT ET AL.   Ct. App. Ga.   Certiorari denied.

No. 87–325.   WINSLOWET-ALPS *v.* EDMONSTONE.   C. A. 2d Cir.   Certiorari denied.

No. 87–327.   WHEELER *v.* ARAVE.   C. A. 9th Cir.   Certiorari denied.